IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 00-cv-02361-WDM-MEH (concerning related case nos 00-cv-02361-WDM-MEH through 02363-WDM-MEH; and case nos. 00-cv-02365-WDM-MEH through 02374-WDM-MEH; and, Concerning Case Nos. 00-cv-02364-MJW-MEH and 00-cv-02394-MJW-MEH

Case No. 00-cv-02361-WDM-MEH

WYRICK G. DEANE,

        Plaintiff,

v.

MILTON TUCKER, et al.,

        Defendants.

And

Case No. 00-cv-02362-WDM-MEH

WYRICK G. DEANE,

        Plaintiff,

v.

G.A. WELLS, et al.,

        Defendants.

And

Case No. 00-cv-02363-WDM-MEH

WYRICK G. DEANE,

        Plaintiff,

v.

FRANK L. HUDNER, et al.,

      Defendants.

And

Case No. 00–cv-02364-MJW-MEH

Wyrick G. Deane,

      Plaintiff,

v.

S.Q. CAREY, et al.,

      Defendants.

And

Case No. 00-cv-02365-WDM-MEH

WYRICK G. DEANE,

      Plantiff,

v.

ADOLPH HIRSCH, et al.,

      Defendants.

And

Case No. 00-cv-02366-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

v.

ASHEL A. DENMAN, et al.,

Defendants.

And

Case No. 00-cv-02367-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

v.

CHARLES W. DURAND, et al.,

      Defendants.

And

Case No. 00-cv-02368-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

v.

C.W. DURAND, et al.,

      Defendants.

And

Case No. 00-cv-02369-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

v.

EDWARD CHARLTON, et al.,

      Defendants.

And

Case No. 00-cv-02370-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

v.

MILTON TUCKER, et al.,

      Defendants.

And

Case No. 00-cv-02371-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

WALTER H. GRAVES, et al.,

      Defendants.

And

Case No. 00-cv-02372-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

v.

J. ADOLPH HIRSCH, et al.,

      Defendants.

And

Civil Action No. 00-cv-02373-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

v.

G.A. WELLS, et al.,

      Defendants.

And

Case No. 00-cv-02374-WDM-MEH

WYRICK G. DEANE,

      Plaintiff,

v.

S.W. KEANE, et al,

      Defendants.

And

Case No. 00-cv-02394-MJW-OES

NANCY OLIPHANT, et al.,

      Plaintiffs,

v.

FRANCO MINING COMPANY, et al.,

      Defendants.

_____

## ORDER OF CONSOLIDATION

_____

5

This matter is before me on the Joint Motion to Issue Notice to Pitkin County Pursuant to Colo. Rev. Stat. § 30-28-101(10)(c)(11), and for Entry of Order Approving Proposed Global Settlement, filed February 1, 2007. The parties state that there has been a complete settlement of these related, yet unconsolidated cases. The settlement of each case appears to be dependent upon the settlement of the other 14 related cases. Obviously, these 15 cases involve common issues of law or fact which should be consolidated into one action pursuant to Fed. R. Civ. P. 42 and D.C.COLO.LCivR 42.1. The case with the oldest case number (Case no. 00-cv-02361-WDM-MEH) is assigned to me and any consolidation should be determined by me.

Review of the parties' joint motion and the nature of these cases makes it plain that in order to efficiently implement the parties' proposed settlement of these related cases I should *sua sponte* consolidate them.

Accordingly, it is ordered that the following actions are reopened and consolidated for all purposes into Civil Action No. 00-cv-02361-WDM-MEH[1]: 00-cv-02362-WDM-MEH, 00-cv-02363-WDM-MEH, 00-cv-02364-MJW-MEH, 00-cv-02365-WDM-MEH, 00-cv-02366-WDM-MEH, 00-cv-02367-WDM-MEH, 00-cv-02368-WDM-MEH, 00-cv-02369-WDM-MEH, 00-cv-02370-WDM-MEH, 00-cv-02371-WDM-MEH, 00-cv-02372-WDM-MEH, 00–cv-02373-WDM-MEH, 00-cv-02374-WDM-MEH, 00-cv-02394-MJW-MEH.

All future filings shall bear that caption number of 00-cv-02361-WDM-MEH.

---

[1]Magistrate Judge O. Edward Schlatter has retired and Magistrate Judge Michael E. Hegarty has been assigned these cases.

6

DATED at Denver, Colorado, on February 8, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge